Paul Kozachenko, Esq., SBN: 104601
paulk@gkfremontlaw.com
Selena P. Ontiveros, Esq., SBN: 211790
selenao@gkfremontlaw.com
GONSALVES & KOZACHENKO
1133 Auburn Street
Fremont, CA 94538
Telephone: (510) 770-3900
Facsimile: (510) 657-9876

Attorneys for Defendant Beretta Investment Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Janice Evans,<br><br>        Plaintiff,<br><br>    v.<br><br>Carrows Restaurants Inc., Beretta Investment Group, a California General Partnership,<br><br>        Defendants. | Case No. CV12-03452 JCS<br><br>**STIPULATION REGARDING CONTINUANCE OF DEFENDANT BERETTA INVESTMENT GROUP'S TIME TO RESPOND TO COMPLAINT**<br><br>Dept:    Courtroom G<br>Judge:   Joseph C. Spero |

Plaintiff Janice Evans ("Plaintiff"), on the one hand, and Defendant Beretta Investment Group ("Defendant," and together with Plaintiff, the "Parties"), on the other hand, through their respective counsel, HEREBY STIPULATE and AGREE as follows:

WHEREAS, Plaintiff filed its Complaint against Defendant ("Complaint") in the Northern District of California on July 2, 2012. Pursuant to Federal Rule of Civil Procedure 4(e), Defendant's response to the Complaint is due on August 2, 2012;

WHEREAS, the Parties agree that additional time is necessary to allow Defendant to evaluate the Complaint and its response and therefore agree to an extension for Defendant to respond to the Complaint, from August 2, 2012 to August 20, 2012;

WHEREAS, this extension will not alter or affect any date previously set by the Court;

NOW THEREFORE, the Parties have agreed and stipulated, through their respective counsel of record, that:

Pursuant to Local Rule 6-1(a), Defendant's time to respond to the Complaint shall be continued until August 20, 2012.

Dated: July 30, 2012     MOORE LAW FIRM, P.C.

By: _____*/s/ Tanya E. Moore*_____
TANYA E. MOORE
Attorneys for Plaintiff
Janice Evans

Dated: July 30, 2012     GONSALVES & KOZACHENKO

By: _____*/s/ Selena P. Ontiveros*_____
SELENA P. ONTIVEROS
Attorneys for Defendant
Beretta Investment Group

2
STIPULATION TO CONTINUE DEFENDANT'S TIME TO RESPOND TO COMPLAINT

1 **Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that
2 concurrence in the filing of the document has been obtained from its signatory.
3
4 Dated: July 31, 2012 Respectfully submitted,
5
 /s/ *Selena P. Ontiveros*
6 Selena P. Ontiveros
7
8
9 Dated: Aug. 1, 2012

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA