Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Defendant
BERETTA INVESTMENT GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE EVANS<br><br>    Plaintiff,<br><br>vs.<br><br>CARROWS RESTAURANTS INC.;<br>BERETTA INVESTMENT GROUP, a<br>California General Partnership,<br><br>    Defendants. | Case No. CV12-03452 JCS<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Action Filed:  July 2, 2012<br>Trial Date:     None |

*STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-1* – CV12-03452
016366.0001\2485950.1

Plaintiff JANICE EVANS ("Plaintiff") and Defendant BERETTA INVESTMENT GROUP ("Defendant"), by and through their attorneys of record, hereby stipulate as follows pursuant to Local Civil Rule 6-1(a):

1. The parties hereby stipulate to extend Defendant's deadline to respond to Plaintiff's complaint to September 20, 2012.

2. This stipulation will not alter the date of any event or any deadline already fixed by the Court in this matter.

Dated: August 17, 2012  **MOORE LAW FIRM, P.C.**

By: /s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff
JANICE EVANS

Dated: August 17, 2012  **WENDEL, ROSEN, BLACK & DEAN LLP**

By: /s/ Garret D. Murai
Garret D. Murai
Attorneys for Defendant
BERETTA INVESTMENT GROUP

Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

Executed this 17th day of August 2012 in Oakland, California.

/s/ Garret D. Murai
Garret D. Murai

Dated: 8/21/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-1* – CV12-03452
016366.0001\2485950.1

- 2 -