| | |
|---|---|
| 1 | Garret D. Murai (Bar No. 215667) |
| | **WENDEL, ROSEN, BLACK & DEAN LLP** |
| 2 | 1111 Broadway, 24th Floor |
| | Oakland, California 94607 |
| 3 | Telephone: (510) 834-6600 |
| | Facsimile: (510) 834-1928 |
| 4 | Email: gmurai@wendel.com |
| 5 | Attorneys for Defendant |
| | BERETTA INVESTMENT GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JANICE EVANS | Case No. CV12-03452 JCS |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| CARROWS RESTAURANTS INC.; BERETTA INVESTMENT GROUP, a California General Partnership, | |
| Defendants. | Action Filed: July 2, 2012<br>Trial Date:    None |

*STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-1* – CV12-03452

016366.0001\2485950.1

Plaintiff JANICE EVANS ("Plaintiff") and Defendant BERETTA INVESTMENT GROUP ("Defendant"), by and through their attorneys of record, hereby stipulate as follows pursuant to Local Civil Rule 6-1(a):

1. The parties hereby stipulate to extend Defendant's deadline to respond to Plaintiff's complaint to September 20, 2012.

2. This stipulation will not alter the date of any event or any deadline already fixed by the Court in this matter.

Dated: August 17, 2012              **MOORE LAW FIRM, P.C.**


By:      /s/ Tanya E. Moore
   Tanya E. Moore
   Attorneys for Plaintiff
   JANICE EVANS

Dated: August 17, 2012              **WENDEL, ROSEN, BLACK & DEAN LLP**


By:      /s/ Garret D. Murai
   Garret D. Murai
   Attorneys for Defendant
   BERETTA INVESTMENT GROUP

Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

Executed this 17th day of August 2012 in Oakland, California.



     /s/ Garret D. Murai
   Garret D. Murai

Dated: 8/21/12

*STIPULATION PURSUANT TO LOCAL CIVIL RULE  6-1* – CV12-03452

- 2 -

016366.0001\2485950.1