1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Janice Evans

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANICE EVANS, | ) | No.  3:12-CV-03452-JCS |
| Plaintiff, | ) ) | **STIPULATION FOR EXTENSION OF TIME FOR CARROWS RESTAURANTS INC. TO RESPOND TO COMPLAINT** |
| vs. | ) ) ) | |
| CARROWS RESTAURANTS INC., BERETTA INVESTMENTS GROUP, a CALIFORNIA GENERAL PARTNERSHIP, | ) ) ) ) | |
| Defendants. | ) ) | |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**IT IS HEREBY STIPULATED** by and between Plaintiff Janice Evans and Defendant Carrows Restaurants Inc. ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), Defendant may have to and including September 20, 2012 to file a responsive pleading in this matter.  This extension of time is Defendant's first extension and does not alter the date of any event or any deadline already fixed by Court order.

Date: September 11, 2012                                MOORE LAW FIRM, P.C.

                                                        */s/ Tanya E. Moore*
                                                        Tanya E. Moore
                                                        Attorneys for Plaintiff Janice Evans


Date: September 11, 2012                                */s/ Luciana P. O'Brien*
                                                        Luciana P. O'Brien, Attorney for
                                                        Carrows Restaurants Inc.

Dated: 9/11/12



IT IS SO ORDERED
Judge Joseph C. Spero