K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Janice Evans

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE EVANS, <br><br>         Plaintiff, <br><br>    vs. <br><br> CARROWS RESTAURANTS, INC., et al., <br><br>         Defendants. | No: 3:12-CV-03452 JCS <br><br> **STIPULATION FOR DISMISSAL OF CARROWS RESTAURANTS, INC. ONLY; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Janice Evans ("Plaintiff") and Defendant Carrows Restaurants, Inc. ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Carrows Restaurants, Inc. is dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendant Carrows Restaurants, Inc. that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant Carrows Restaurants, Inc. request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

///

Date: October 4, 2012                MOORE LAW FIRM, P.C.


                                     /s/ Tanya E. Moore
                                     Tanya E. Moore
                                     Attorney for Plaintiff Janice Evans


Date: October 3, 2012                CATALINA RESTAURANT GROUP


                                     /s/ Luciana O'Brien
                                     Luciana O'Brien
                                     Attorneys for Defendant Carrows Restaurants, Inc.


### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Janice Evans and Defendant Carrows Restaurants, Inc. shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Janice Evans and Defendant Carrows Restaurants, Inc., the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Carrows Restaurants, Inc. is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: 10/15/12

_____
United States District Court Judge
Magistrate

*Evans v. Carrows Restaurants, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order

Page 2